**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **WALTER C. LEONARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 08-CV-0654-MJR |
| ) | |
| **REGIONS BANK, N.A.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

**REAGAN, District Judge:**

On September 22, 2008, Plaintiff filed the above-captioned action alleging that his employer discriminated against him in violation of Title VII of the Civil Rights Act of 1964 (Doc. 2). Plaintiff filed an amended complaint on December 4, 2008 (Doc. 10). On December 23, 2008, the Defendant filed a motion to dismiss pursuant to Rule 12(b)(6), or, in the alternative, for summary judgment (Doc. 16).

On April 2, 2009, Plaintiff filed a purported notice of voluntary dismissal under **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** (Doc. 37). However, dismissal without a court order under that section is permissible only where the Defendant has not filed an answer or motion for summary judgment. Because the Defendant in this case has already filed a motion for summary judgment, Plaintiff can only dismiss by filing a stipulation signed by all parties, or else by Court order. Accordingly, the Court has construed the notice as a motion to voluntarily dismiss under **Rule 41(a)(2)** and provided the Defendant with an opportunity to submit a response (Doc. 38).

**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** provides that where the defendant

has answered the complaint or filed a motion for summary judgment, "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Defendant recently filed a response indicating that it has no objection to Plaintiff's motion to voluntarily dismiss (Doc. 39).

Having fully considered the parties' filings, the Court hereby **GRANTS** the motion (Doc. 37) and **DISMISSES** the action against Regions Bank, N.A. **without prejudice**. Accordingly, the Court **DENIES AS MOOT** all pending motions (Doc. 16).

**IT IS SO ORDERED.**

**DATED this 8th day of April 2009.**

<u>s/ Michael J. Reagan</u>
**MICHAEL J. REAGAN**
**United States District Judge**